**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6616**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID WAYNE MCDANIEL,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., Senior District Judge.  (2:18-cr-00023-1)

Submitted:  October 16, 2025                     Decided:  October 21, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Wayne McDaniel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Wayne McDaniel appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *United States v. McDaniel*, No. 2:18-cr-00023-1 (S.D. W. Va. Nov. 4, 2024; Dec. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*